**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00339-CR

### VIVEK SHARMA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80989-2012**

## ORDER

The Court **GRANTS** appellant's July 24, 2013 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE